WILLIAM C. TOMLIN *v.* PERSONNEL APPEAL BOARD
ET AL.

The plaintiff's motion for an order requesting a limited finding and for an extension of time in which to file his request for a finding and draft finding in the appeal from the Court of Common Pleas in Hartford County is granted and the trial court is directed to grant the plaintiff a reasonable time in which to file his request for a limited finding and draft finding.

*Harold J. Geragosian,* in support of the motion.

*Bernard F. McGovern, Jr.,* and *Christina G. Dunnell,* assistant attorneys general, in opposition.

Submitted September 1—decided September 28, 1977

KAREN FARADAY *v.* PAUL DUBE

The defendant's motion for permission to prosecute the appeal from the Superior Court in Hartford County "In Forma Pauperis" is denied.

*Laurence Levine,* in support of the motion.

*William Valletta,* in opposition.

Submitted September 2—decided September 28, 1977

GILBERT SCHOONMAKER *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF COLEBROOK

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Litchfield County is granted.

*Edward W. Manasse,* in support of the petition.

*Jonathan F. Ells,* in opposition.

Submitted September 5—decided September 28, 1977